Christopher H. McGrath (CA 149129)
chrismcgrath@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, CA 92121
Telephone: 858-458-3000

*Additional counsel listed on signature page*

Attorneys for Plaintiff
Viking Therapeutics, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Viking Therapeutics, Inc., | NO. 3:22-cv-02062-H-WVG |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Judge: Hon. Marilyn L. Huff |
| Ascletis Bioscience Co., Ltd., Gannex Pharma Co., Ltd., Ascletis Pharmaceuticals Co., Ltd., Ascletis Pharma Inc., Jinzi Jason Wu, | **JURY TRIAL DEMANDED** |
| Defendants. | |

# JOINT STATUS REPORT

Plaintiff Viking Therapeutics, Inc. ("Viking") alleges trade secret misappropriation and related tort claims against Defendants in this case. Concurrently with this action, Viking filed a complaint in the U.S. International Trade Commission ("ITC") alleging unfair acts in the importation of articles based on trade secret misappropriation under 19 U.S.C. § 1337(a)(1)(A). The ITC instituted Investigation No. 337-TA-1352 (the "1352 Investigation") against Defendants. On April 3, 2023, this Court stayed this action pending the final decision in ITC Investigation No. 337-TA-1352 and ordered the parties to file a joint status report within six months from the date the order was filed and every six months thereafter until the Investigation has concluded, and also to file a joint status report within seven days after the ITC issues its final decision in the Investigation. ECF No. 31.

Investigation No. 337-TA-1352 has not concluded. An evidentiary hearing was held on November 13-16, 2023. Pursuant to an Order dated February 8, 2024, the date for the Initial Determination to be issued was extended from February 9, 2024 to April 8, 2024 and the target date for completion of the Investigation was extended from June 10, 2024 to August 8, 2024.

The parties will file another joint status report on October 3, 2024, if the Investigation has not concluded by that time, or within seven days after the Commission issues its final decision in the Investigation.

| | | |
|---|---|---|
| 1 | DATED: April 3, 2024 | Respectfully submitted, |
| 2 | | PAUL HASTINGS LLP |
| 3 | | |
| 4 | | By: s/ Christopher H. McGrath |
| | | Christopher H. McGrath (CA 149129) |
| 5 | | chrismcgrath@paulhastings.com |
| | | 4655 Executive Drive, Suite 350 |
| 6 | | San Diego, CA 92121 |
| | | Telephone: 858-458-3000 |
| 7 | | |
| | | Bruce M. Wexler (NY 2529030) |
| 8 | | (*pro hac vice*) |
| | | brucewexler@paulhastings.com |
| 9 | | Eric W. Dittmann (NY 3974540) |
| | | (*pro hac vice*) |
| 10 | | ericdittmann@paulhastings.com |
| 11 | | Jeff A. Pade (DC 492030) |
| | | (*pro hac vice*) |
| 12 | | jeffpade@paulhastings.com |
| | | Kecia J. Reynolds (DC 975573) |
| 13 | | (*pro hac vice*) |
| | | keciareynolds@paulhastings.com |
| 14 | | Richard E. Rothman (DC 1616717) |
| | | (*pro hac vice*) |
| 15 | | richardrothman@paulhastings.com |
| | | Brandon Howell (VA 95826) |
| 16 | | (*pro hac vice*) |
| | | brandonhowell@paulhastings.com |
| 17 | | 2050 M Street NW |
| | | Washington, DC 20036 |
| 18 | | Telephone: 202-551-1700 |
| 19 | | Attorneys for Plaintiff |
| | | Viking Therapeutics, Inc. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DATED: April 3, 2024                    RIMON, P.C.


By: */s/ Michael F. Heafey*
    Michael F. Heafey
    Matthew H. Poppe

    Attorneys for Defendants
    *Ascletis Bioscience Co., Ltd., Gannex Pharma Co., Ltd., Ascletis Pharmaceuticals Co. Ltd., Ascletis Pharma Inc., and Jinzi Jason Wu*